# United States Court of Appeals
## For the First Circuit

No. 18-1412

UNITED STATES OF AMERICA,

Appellee,

v.

JOHN SILVIA, JR.,
a/k/a JOHN SILVIA,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on March 20, 2020 is amended as follows:

On page 7, line 14, replace "Loc. R. 27(c)" with "Loc. R. 27.0(c)"